PATRICK J. O'BEIRNE et al., Respondents, *v.* SARAH GILDERSLEEVE et al., Appellants.

*O'Beirne* v. *Gildersleeve,* 125 App. Div. 930, affirmed.
(Submitted May 10, 1909; decided June 1, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 16, 1908, affirming a judgment in favor of plaintiffs entered

upon a decision of the court at a Trial Term without a jury in an action to recover for an alleged trespass and for an injunction.

*Walter H. Cragg* for appellants.

*Patrick J. O'Beirne* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.